UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIANNE MALVEAUX,

        Plaintiff(s),

vs.

WACHOVIA BANK et al

        Defendant(s).

No. C 09-4876 MHP

**ORDER OF DISMISSAL**

On March 29, 2010, a case management conference was held in this matter. No completed submissions having been received from plaintiff by the Court, and no appearance by or on behalf of the plaintiff having been made, this matter is hereby dismissed for plaintiff's failure to obey an order of the court and for lack of prosecution. Plaintiff's notice of removal is denied.

IT IS SO ORDERED.

Date: 3/30/2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California